ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANDREA SHEPARD & SHIRLEY SHEPARD,**

        Plaintiffs,

   - against -

**EUROPEAN PRESSPHOTO AGENCY, ALAMY LIMITED, ALAMY, INC. and JOHN DOES (1-5),**

        Defendants.

17 Civ. 4434 (LLS)

ORDER

    Defendants' motion for reconsideration of my December 20, 2017 opinion and order granting in part and denying in part their partial motion to dismiss is granted. On reconsideration, the opinion and order is adhered to for the reasons stated therein. Their motion for sanctions is denied.

    So ordered.

Dated:   New York, New York
          February 8, 2018

                                    _____
                                    LOUIS L. STANTON
                                    U.S.D.J.