ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANDREA SHEPARD & SHIRLEY SHEPARD,**

               Plaintiffs,

   - against -

**EUROPEAN PRESSPHOTO AGENCY, ALAMY LIMITED, ALAMY, INC. and JOHN DOES (1-5),**

               Defendants.

17 Civ. 4434 (LLS)

**ORDER**

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

The Clerk will close the case.

So ordered.

Dated: New York, New York
April 26, 2018

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.